Prob 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

Docket Number (Transferring Court)

CR00-5339RJB-001

Docket Number (Receiving Court)

07 CRIM 299

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ERNESTO MELENDEZ<br>247 Washworh Avenue, Apt. 6-G<br>New York 10033 | WESTERN WASHINGTON | Tacoma |

NAME OF SENTENCING JUDGE

The Honorable Robert J. Bryan

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>07/20/06 | TO<br>07/19/11 |
|---|---|---|

OFFENSE

Distribution of Cocaine Base

*(handwritten: Judge McMahon)*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __WASHINGTON__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of New York__ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

23 Feb '07                              /s/ Robert J. Bryan
_____                         _____
DATE                                    UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __New York__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 6 2007                            /s/
_____                         _____
DATE                                    UNITED STATES DISTRICT JUDGE

00-CR-05339-ORD

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York

