

P29794/P. Merrigan

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM

**07 CRIM 299**

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Peter A. Merrigan, SUSPO

**RE:** Ernesto Melendez

**DATE:** April 9, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On September 7, 2001, the above-named individual was sentenced as outlined in the attached J & C. In March 2007, we received a letter from the Western District of Washington advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Mr. Melendez' transfer to the SD/NY, was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5129.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Peter A. Merrigan
Supervising U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
APR 1 6 2007