**BRUNO & DEGENHARDT, P.C.**
ATTORNEYS AT LAW
10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

CHRISTOPHER BRUNO
ADMITTED N.Y., D.C. AND VA.

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

May 16, 2008

**BY FACSIMILE (212) 805-7941**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

Re:   *United States v. Leslie Rattet*, S2 04 Cr. 417 (LAP)
      *United States v. Leslie Rattet*, 07 Cr. 299 (RPP)

Dear Judge Preska:

During the recent hearing held on May 14, 2008, the Court scheduled sentencing in the above-referenced consolidated matters for June 16, 2008. This sentencing date was arrived at in order to give the Probation Department at least thirty days to generate a consolidated pre-sentence report. However, in retrospect, scheduling the sentencing on June 16, 2008, would not give the parties adequate time to comment on the PSR.

I have spoken with AUSA Rita Glavin and the Government has no objection to the request to reschedule the sentencing. I also took the liberty of speaking with Your Honor's Courtroom Deputy and she indicated that the sentencing could be rescheduled for July 9, 2008, at 10:00 a.m. It is respectfully requested that the Court reschedule the sentencing for that date.

Thank you for your consideration regarding this matter.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 20, 2008

Respectfully submitted,
Christopher Bruno

cc:   AUSA Rita M. Glavin